UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL GROCERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SONNY PERDUE, et al.,<br><br>　　　　Defendants. | Case No.  20-cv-05151-JD<br><br>**ORDER RE PRIVILEGE LOG**<br><br>Re: Dkt. No. 47 |

With respect to the parties' privilege log disagreement, the government recognizes that "it is the prevailing practice in the Northern District of California to require the production of a privilege log with the administrative record." Dkt. No. 47 at 4-5. That is the Court's practice. *See Emami v. Pars Equality Center*, No. 18-cv-1587-JD, Dkt. No. 117 (N.D. Cal. Sept. 12, 2019). The existence *vel non* of a valid privilege shielding discovery goes directly to the hallowed principle that "wide access to relevant facts serves the integrity and fairness of the judicial process by promoting the search for the truth." *Shoen v. Shoen*, 5 F.3d 1289, 1292 (9th Cir. 1993). Consequently, the government is directed to produce by August 13, 2021, a privilege log in conformance with the Court's Standing Order for Discovery in Civil Cases.

**IT IS SO ORDERED.**

Dated: July 26, 2021

JAMES DONATO
United States District Judge