|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 3 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| NATURAL GROCERS; et al.,<br><br>             Plaintiffs-Appellants,<br><br> v.<br><br>THOMAS VILSACK, Secretary of the United States Department of Agriculture; et al.,<br><br>             Defendants-Appellees,<br><br>AMERICAN FARM BUREAU FEDERATION; et al.,<br><br>       Intervenor-Defendants-Appellees. | No.   22-16770<br><br>D.C. No. 3:20-cv-05151-JD<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The Clerk is directed to temporarily close this court's docket for administrative purposes until June 1, 2023. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time, any party may request that this appeal be reopened.

On or before April 3, 2023, May 2, 2023, and June 1, 2023, counsel for appellants are requested to contact the mediator (jonathan_westen@ca9.uscourts.gov) to report on the status of the case. Counsel

are requested to include the Ninth Circuit case name and number in the subject line.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator