UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATURAL GROCERS, et al.,

           Plaintiffs,

     v.

THOMAS VILSACK, et al.,

          Defendants.

Case No.  20-cv-05151-JD

**ORDER RE INDICATIVE RULING
REQUEST**

       Plaintiffs' request for an indicative ruling "clarifying" the summary judgment order, Dkt. No. 69 at 1, is denied.  *See* Fed. R. Civ. P. 62.1(a)(2).  Even assuming for present purposes that Rule 60(a) and Rule 62.1 may apply, which is questionable, the judgment provides total clarity on the disposition of the case.  *See* Dkt. No. 65.

       **IT IS SO ORDERED.**

Dated:  June 1, 2023

_____
JAMES DONATO
United States District Judge